IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| Oklahoma Farm Bureau Mutual Insurance Company, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | Case No.: 22-cv-00018-D |
| Omega Flex, Inc. | ) |  |
| Defendant. | ) |  |

### PLAINTIFF'S FINAL WITNESS LIST

|    | Witness | Address | Proposed Testimony |
|----|---------|---------|--------------------|
| 1. | Michael Diel | 6217 N. 114th Street<br>Enid, Oklahoma 73701 | Deposed |
| 2. | Sondra Diel | 6217 N. 114th Street<br>Enid, Oklahoma 73701 | Deposed |
| 3. | Kassidy Diel | 6217 N. 114th Street<br>Enid, Oklahoma 73701 | Observations on the night of the fire. |
| 4. | Kelly Colwell | Integrity Forensics & Engineering<br>304 Acker Street, Suite 104<br>Sanger, Texas 76266 | Deposed |
| 5. | Mark Hergenrether | Integrity Forensics & Engineering<br>304 Acker Street, Suite 104<br>Sanger, Texas 76266 | Deposed |
| 6. | Curtis Ozment | American Fire/Explosion Investigation & Consultants<br>P.O. Box 404<br>Ketchum, Oklahoma 74349-0404 | Deposed |
| 7. | Allan Jobes | Oklahoma Farm Bureau Mutual Insurance Company<br>Stillwater, Oklahoma | Adjustment of the claim. |
| 8. | Derrick Clark | Oklahoma Farm Bureau Mutual Insurance Company<br>Stillwater, Oklahoma | Deposed |
| 9. | Todd DeSmet | Oklahoma Farm Bureau Mutual Insurance Company<br>10777 South Memorial, Suite D<br>Tulsa, OK 74133 | Deposed |

| 10. | CRDN of Oklahoma Representative | 2707 S. Broadway Edmond, Oklahoma 73013 | Work performed and verification of charges. |
|---|---|---|---|
| 11. | ProClean Property & Maintenance Restoration Representative | 4119 Shady Lane Enid, Oklahoma 73701 | Work performed and verification of charges. |
| 12. | EnField Demolition and Excavation LLC | 476 E. York Avenue Enid, Oklahoma 73701 | Work performed and verification of charges. |
| 13. | Elizabeth Buc | Integrity Forensics & Engineering 304 Acker Street, Suite 104 Sanger, Texas 76266 | Deposed |
| 14. | Mark Albino | c/o Defense Counsel | Design and manufacture of trac pipe CSST |
| 15. | Keven Hoben | c/o Defense Counsel | Design and manufacture of trac pipe CSST |
| 16. | William Rich | c/o Defense Counsel | Design and manufacture of trac pipe CSST |
| 17. | Robert Torbin | c/o Defense Counsel | Design and manufacture of trac pipe CSST |
| 18. | Steven Treichel | c/o Defense Counsel | Design and manufacture of trac pipe CSST |
| 19. | Arthur Weirauch | c/o Defense Counsel | Design and manufacture of trac pipe CSST |

Respectfully submitted,

CATHCART & DOOLEY

s/W. R. Cathcart
W. R. Cathcart, OBA #1566
Virginia Cathcart Holleman, OBA #15422
Jarrett A. Wilson, OBA #31274
2807 Classen Boulevard
Oklahoma City, Oklahoma 73106
Phone: 405/524-1110; Fax: 405/524-4143
vholleman@cathcartdooley.com
bcathcart@cathcartdooley.com
jwilson@cathcartdooley.com
Attorneys for Plaintiff

## CERTIFICATE OF MAILING

      I hereby certify that on 20th day of June, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Calvert R. McMahon, OBA #32069<br>Gordon & Rees<br>101 Park Avenue, Suite 1300<br>Oklahoma City, OK 73102<br>Phone: 918-693-1442<br>cmcmahon@grsm.com | Adam M. Masin, OBA #22-29<br>Cullen M. Guilmartin, CT #426360<br>Gordon & Rees LLP<br>95 Glastonbury Blvd., Suite 206<br>Glastonbury, CT 06033<br>Phone: 860-494-7542<br>amasin@grsm.com<br>cgilmartin@grsm.com |

                                                        S/ W. R. Cathcart<br>                                                        W. R. Cathcart