**EXHIBIT C**

# CATHCART & DOOLEY

A Professional Corporation
Attorneys at Law
2807 North Classen Boulevard
Oklahoma City, Oklahoma 73106-5443

WILLIAM R. CATHCART
CARY D. DOOLEY*
VIRGINIA CATHCART HOLLEMAN
JASON E. MARSHALL
JARRETT A. WILSON*
*Also licensed in Arkansas

Telephone: (405) 524-1110
Facsimile: (405) 524-4143

June 27, 2023

amasin@grsm.com

Adam M. Masin
GORDON & REES LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033

Re: *Oklahoma Fam Bureau Mutual Insurance Company as subrogee of Michael Diel v. Omega Flex, Inc.*
U.S. District Court, Western District of Oklahoma; Case No. CIV-22-18-D
Our File Number: 301.20294

Dear Mr. Masin:

As a follow-up to our conversation and your request for more specific information regarding Plaintiff's exhibits, I provide the following:

| | Exhibit Description | Comment |
|---|---|---|
| 1. | Photographs taken by Curtis Ozment. | Contained within Ozment's file |
| 2. | Photographs taken by Mark Hergenrether | Contained within Hergenrether's file |
| 3. | Photographs taken by Kelly Colwell | Contained within Colwell's file |
| 4. | Photographs taken by Allan Jobe | OFBCF068-113 |
| 5. | Photographs taken by Derrick Clark | OFBCF630-694, 713-760, 765-821, 845-911 |
| 6. | Photographs taken by Todd DeSmet | OFBCF256-355 |
| 7. | Photographs taken by Elizabeth Buc | Contained within Buc's file |
| 8. | Artifacts taken from the fire scene | Listed on Evidence Log |
| 9. | Section of subject Trac Pipe CSST | 2' section taken from artifacts |
| 10. | Exemplar section of Trac Pipe CSST | No exhibit |

June 27, 2023
Page 2

| 11. | Aerial photographs of the Diel property | No exhibit |
|---|---|---|
| 12. | Inventory of personal property damaged/destroyed in the fire | |
| 13. | Invoices for rebuilding the property | |
| 14. | Invoices for landscaping | |
| 15. | Receipts for additional living expense | |
| 16. | Copies of checks issued in payment of the claim | |
| 17. | Exhibits to depositions | |
| 18. | Documents produced by other manufacturers of CSST | No exhibit |
| 19. | Exemplar of Schedule 40 Black Pipe | 2' section |
| 20. | StrikeNet Report | |
| 21. | Fire Department Report | |
| 22. | Exemplar bonding wire and bonding Clamp | Bonding and clamp for 1" tract pipe |
| 23. | Omega Flex's Responses to Production Requests | |
| 24. | Omega Flex's Answers to Interrogatories | |
| 25. | Sample of #6AWG copper wire | |
| 26. | NFPA 780 | No exhibit |
| 27. | ANSI LC-1 Tag Meeting Minutes | For meetings attended by Albino, Hoben, Rich, Torbin, Treichel, or Weirauch |
| 28. | Video of exemplar flame plume | No exhibit |
| 29. | Records of other fires investigated by Smith & Associates on behalf of Omega Flex | |
| 30. | Smith & Associates invoices to Omega Flex for the investigation of other fires | |
| 31. | Depositions of Mark Albino | |
| 32. | Depositions of Keven Hoben | |
| 33. | Depositions of William Rich | |
| 34. | Depositions of Robert Torbin | |
| 35. | Depositions of Steven Treichel | |
| 36. | Depositions of Arthur Weirauch | |
| 37. | October 1999 D & I Guide | |
| 38. | Documents produced by Curtis Ozment | |
| 39. | Documents produced by Kelly Colwell | |
| 40. | Documents produced by Mark Hergenrether | |

June 27, 2023
Page 3

| 41. | Documents produced by Elizabeth Buc | |
| 42. | Exhibits listed by Defendant, not objected to by Plaintiff | |
| 43. | Documents identified during discovery | |

Sincerely,

**CATHCART & DOOLEY**

BILL CATHCART
BC: dw
bcathcart@cathcartdooley.com